## FOOT NOTES   [ Exhibits ]

1.      September 23, 2002, Form BP-S148.055.  A 'Cop-Out' (in-
        formal grievance remedy) filed by inmate Cleo James to
        Defendant Warden Keith Olson per his verbal instruction
        (request) regarding the issue of the curtailing of the
        Muslims Congregational Prayer.

        Additionally, this (said) informal grievance remedy was
        very accusative towards Defendant Daniel (Dan) Odean,
        Supervisory Chaplain's history of discriminatory treat-
        ment towards the Muslim inmates and supporting documen-
        tation as to the requirements and benefits of Muslim
        Praying in Congregation.

2.      September 26, 2002, Form BP-S308.052, Plaintiff's Ad-
        ministrative Detention Order.

3.      September 26, 2002, Form BP-S288.052, Incident Report;
        Plaintiff's Disciplinary Report Charging in violation of
Cod     Code 104 (which reads):

            "Possession, Manufacture, or Introduction of a gun,
            firearm, weapon, sharpened instrument, knife, dan-
            gerous chemical, explosive, or any ammunition"

        Code 104 constitutes a very serious offense.

4.      September 26, 2002, Memorandum to Plaintiff from Lieu-
        tenant's Office, stating that incident report referred
        to SIS/FBI for investigation.

        Note:  The listed arresting officer is Lt. M.G. Campbell.

5.      October 1, 2002, Form constituting the UDC (Unit Dis-
        ciplinary Committee) Report Recommending "EXPUNGE OF ALL
        INMATE CHARGE."  This was, after hearing Plaintiff and
        Plaintiff's cellmate, Welch.

6.      October 16, 2002, Defendant Keith Olson's Memorandum in
        response to plaintiff's 'Cop-Out' (informal remedy) in-
        forming him about the fact that his cellmate, Welch had
        spoke to him during a few of his tours through the SHU,
        had also sent him 'Cop-Outs' (informal remedy) informing
        him that the responsibility was his and that plaintiff
        had NO KNOWLEDGE; also about the adverse decision of
        the DHO (Defendant V. Killion).

7.      Both Plaintiff and his Cellmate, Nathan Welch, Reg. No.
        #09314-007 submitted 'Cop-Outs' to Defendant Warden, Keith
        Olson and never received them (any response) back as is re-
        quired per BOP Policy.  These informed Defendant of incident.

8.      Same as in (7) above and during required weekly tour of SHU.

10.     Plaintiff's Work-detail History.

11.     Plaintiff's Sentence Computation Sheet.

12.     Plaintiff's Male Custody/Classification Forms (jan. 14, 2002 (Before incident) and December 3, 2002 (After incident).

13.     Affidavit by Plaintiff's cellmate, Welch clearly stating that plaintiff had NO KNOWLEDGE and that the particular weapon charged was his responsibility.

14.     EXHAUSTION OF ADMINISTRATIVE REMEDY:

        A-1.    Regional Administrative Remedy, 283591-R1 and the Regional Response.

        A-2     Central Office Administrative Remedy, 283591-A1 and the Central Office (National) response.

15.     Letter, Correspondence to and from Congressmember for Washington, D.C., Eleanor Holmes Norton informing her about this matter (Conspiracy).

16.     Letter, Correspondence to the Senator representing the State of Indiana, Mr. Evan Bayh (at the time) informing him about this matter (Conspiracy).

17.     Affidavits of other inmates with same charge, like-situations, demonstrating the custom and practice of the facility (USP-TERRE HAUTE) where a weapon (and such items as described in Code 104) is found in the cell shared by two inmates.

18.     Also, in instants where inmate is found with such items on his person.  Indictment of Inmate/New conviction.

19.     October 31, 2002, A 'BP-8'   (informal Remedy) filed inmate A. Oneal, Reg. No. 06020-033 as to Defendant Daniel (Dan) Odeal stopping the Muslim Congregational Prayer and response. BOP Program Statement 1330.13D

20.     January 1, 2003, a Memorandum from Defendant Dan Odean, Supervisory Chaplain, approved by Defendant Paula Jarnecke, AW discriminating against Muslim Headwear.  This memorandum was stated to be a mistake, premature, and was recended by Defendant Warden Keith Olson.

21.     January 6, 2003, A 'Cop-Out' (informal remedy) filed by plaintiff concerning the haulting of the Muslim Congregation Prayer and response (January 8, 2003).  BOP Program Statement 1330.7G

# E V I D E N C E

[ E X H I B I T S :   # ( 1 ) Thru #( 24 ) ]

[ **EXHIBIT # ( 1 )** ]   # |

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Keith E. Olson, Warden | September 23, 2002 |
| FROM: CLEO JAMES | REGISTER NO.: 46252-066 |
| WORK ASSIGNMENT: UNICOR, MB-3 | UNIT: E |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)  The enclosed information is being provided as you requested per the conver-
sation we had on Friday (September 20, 2002).  I approached you concerning a matter of
vital importance to every Muslim; concerning the 'Offering of our Congregational Prayers.'
I think my complaint here adequately reflects the sentiments and concerns of all Muslims.
As I was told by you to WRITE my complaint on paper.
    In our conversation you were notified by one of the subordinate Chaplains that
the Muslim's Congregation Prayers are not important.  The Head Chaplain [Chaplain Odean's]
reasons for cancelling the Muslims Congregation Prayers were, that it was for allowing
the Chaplain to escort the Christian visitors from the chapel.
    ENCLOSED, numerous documented support is herein given expressing the importance
of the Muslims Congregation Prayers.  Listed as EXHIBITS # ( A ) thru # ( D ) # (E)
    The Muslim First Holy Book (the Holy Qur'an) states that each and everyone, male
and female is obliged to offer prayers regularly, five times a day at specified times;
moreover, the males in a Mosque, in congregation. [HOLY QUR'AN, Chapters 11:114; 17:78-79;
20:130; 30:17-18].  The Muslim Second Holy Book (the Ahadith) say, prayer in congrega-
tion is better than prayer said alone by twenty-seven degrees.  Yet, another Hadith say
that once any Muslim begins to offer an 'obligatory prayer' no other (individual) prayer
is to be offered [it will not be accepted] and others are to join into the ranks of the
one who is already in the process of offering an 'obligatory prayer' in congregation.
    Thus, where is the discretion and consideration of 'the tenets of our Faith' in
stating that the Muslim Congregation Salat (Prayers) are not important?  SEE ATTACHED
                    (Do not write below this line)                      STATEMENT !!!

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)      This form replaces BP-148.070 dated Oct 86

[ EXHIBIT # ( 1 ) ]

## STATEMENT OF THE MUSLIMS

Islam is built upon a foundation of five (5) main and essential Pillars (or Principles), of which, Prayers is the Second. See, the accompanying Exhibits listed as [Exhibit # ( A )].

Thus, the position taken by the Head Chaplain here at U.S.P.-Terre Haute, that Prayer in Congregation is of no significant Religious importance is reflective of definitely, not a lack of Knowledge; but, of an abusive discretion. This position is one which completely disregards the Islamic Faith and is likely due to the prevailing anti-Islam/anti-Muslim campaign existing in America.

To establish the Congregation Salat (Prayer); Iqqammati-Salat (come to Prayer in congregation) is an Ordinance of the LORD of all the World to all mankind. Particularly, that segment of mankind whom openly declare that "There is no God, but One. That He is alone and has no partners in His Reign over His Creation. That He is the Giver of Life, and the Causer of Death. That all Praises is for Him. That all good is in His hands and He has control over all things. More-over, that Muhammad ibn Abdullah (PBUH) is the true slave, servant and Messenger of Allah and the Seal of all the Prophets;" of them, wherever any may be, they are obligated (it is 'obligatory') on every Muslim male to 'offer' such prayers in the Mosque (in congregation); the famales may offer such at home. See, [Exhibit # ( B )]

On September 19, 2002, the Head Chaplain [Chaplain Odean] called a meeting with the Leadership of the predominent Muslim entities under the auspices of making preparations for the up-coming Islamic month of Ramadan (the month of Fasting). At this time, indicating that you (the Muslims) probably are not going to like him and announced that a new chapel schedule will be in effect beginning in October wherein the periods for the Muslim Congregation Prayers were taken and replaced by a one hour period on Saturdays.

There are 1.5 billion Muslims on the face of this earth. One out of every five (5) persons on earth are Muslim. Anyone, anywhere in the world who is a Muslim will tell you that this is a travesty. It is as much a travesty as prohibiting the Christians or Jews from hav-ing 'fellowship'. This is 'discriminatory', it is very 'insensitive', it is an 'insult' and an 'out-right denial of whatever inkling of the Constitutional Protection one have to practice their religion. The prohibiting of people from serving (and offering prayer) to the LORD is nothing new. Especially, not for the Muslims. See, [Exhibit # ( C )]. But, here in the Federal Bureau of Prisons (BOP), U.S.P.-Terre Haute, Indiana at this time; this is just an 'opportunistic attack' entrenched in the on-going anti-Muslim campaign.

First, it was constructed under false pretences. Additionally, that the Warden was abreast of it was a lie. That the essential 'tenets' of Islam was considered is a given. That instead of address-ing them, disregard for them is evident. The justifications for this move contain so many irrelevant factors. For example, what other al-ternatives did the Chaplain consider to completely eliminating the Congregational Salat (Prayer)? Subtract the irrelevant from the re-levant factors. To say that the Prayer is not important is key here.

[ EXHIBIT # ( 1 ) ]

Statement of Muslims
( page two )

Absolutely nowhere in the Federal Bureau of Prisons (BOP) will any
reasonably, sound minded officials concur with this statement.  It
is a direct violation of the **RFRA 42 U.S.C. §§ 20000bb to bb-4.**

This is a matter which entails the discretion of the Head
Institutional Chaplain Chaplain here at U.S.P.-Terre Haute,
Indiana.  In his capacity as the Head Institutional Chaplain
it is his duty to oversee the religious activities which are
conducted in the facility on a day-to-day basis.  Meaning,
this duty envelopes in it's scope providing information, mov-
ing and proposing to the Warden [or Wardens] on the note of
the Trust invested in him, from his clergical expertees to
grant or deny significant and essential religious activities
to the diversed religious entities existing herein the insti-
tution/facility.  Most importantly, the Warden [or Wardens]
rely on him and his expertees in servicing the religious
communities.

Moreover, it is never anticipated and/or expected that the
Chaplain will abuse that discretion; but, it is always pro-
bable and possible that he could do so.

Therefore, to consider a claim as to whether or not the
Chaplain here, have abused his discretion by providing in-
formation, making suggestions, motions, proposals or imple-
menting or curtailing any religious activities that any of
the religious entities in his discretion be granted or denied
'significant' and 'essential' activities constituting the
'tenets' of any entities 'Faith' must demonstrate that he;
(1)  Considered the 'tenets' and (2)  Addressed them.  Also,
he cannot, for example, consider other 'irrelevant factors',
nor can he 'ignore the relevant factors' and he cannot be
'arbitrary' or 'capricious' in making his decisions.

Since Chaplain Odean, the Head Institutional Chaplain here
at U.S.P.-Terre Haute (THA) have took time to have written
up a whole new schedule and supported it with explanation as
to why he did it the way he did; thus, it cannot be said at
all that he acted irrationally.

Therefore, the Muslims only other conclusion based on the
Chaplain's Modus Operandi (MO), looking at the 'totality of
circumstances', the total combined effect of the actions and
inactions of the Chaplain since arriving here as it relates
to him servicing the Muslim Population as a duty embodies
within his 'Job Discription' as the Head Institutional Chaplain.

Since Chaplain Odean's arrival the following constituted
issues or matters of significant and vital or essential reli-
gious abridgements affecting the Muslim Population where the
Chaplain have either act or failed to act (as evident to his
disconcern, bias and indiscretion) in servicing the Muslim
Population:

[ EXHIBIT # ( 1 ) ]     # 1

Statement of Muslims
(page three)

1)   Last Ramadan (Ramadan 2001) the UNICOR Night Shift staff dismissed all the Muslims working the night shift and those who were working 'Overtime' solely due to their participation in the Qur'anic Text prescribed 'fast'. [Holy Qur'an, chapter 2, verses 183-185]  This matter was addressed to the Chaplain's Office and specifically, to Chaplain Odean and he did not do anything about it.

2)   An issue became known to the Muslim Population here at U.S.P.-Terre Haute, that the Holy Qur'ans being issued by the Chaplain's Office to the inmates in Segregation/SHU were intentionally being desecrated by a subordinate Chaplain, whom was taking time to literally 'White-Out' essential information printed in the Holy Qur'ans that were being issued.  After this subordinate Chaplain admitted to doing it, this issue was presented to Chaplain Odean and he did not do anything about it.  Presently, it is the understanding of the Muslims population that this said practice is presentedly being carried out.

3)   Only a matter of a few weeks ago, the Muslim Population here at U.S.P.-Terre Haute were being accostered by the Recreation Staff for 'offering Salat (Prayers) on the Recreation Yard.  The Security Towers were constantly calling and notifying the Recreation Shack, if they observed the Muslim Suppliants offering Salat (Prayers) and the Recreation Staff would approach the Muslims, forbidding the offering of Prayers to the GOD of Creation.'  One Muslim, Fazeem (or Mr. Wires) was placed in Segregation/SHU on account of offering prayers on the Recreation Yard.  This matter was shuffled through the Control, the Chaplain's Office and the Warden's Office [i.e., Paula Jarnecke, A.W. (Custody/Programs)]; After the matter was brushed around, it was stipulated to, that 'individual prayers' was allowed on the Recreation Field (Yard); however, that the Muslims Congregation Salat (Prayers) was provided for by the provisions offered in the Chapel of Monday, Tuesday, Thursday and Friday nights.

Though unwillingly, the Muslim Population compromised to this per the directive of the present Leadership. ·

However, a very essential 'tenet'  contained in the 'Sunnah' of Prophet Muhammad (May the Peace and Blessings of Allah be on him) is that, **once a person is praying any of the** 'obligatory prayers' no other 'obligatory prayers' are to be begun simultaneous-ly and ALL other Muslims are to join into the 'obligatory prayers in progress' in congregation.  The following of the 'Sunnah' (the Way) Prophet Muhammad (PBUH) did and/or whatever he said for us to do is what makes us Sunnah Muslims.

Thus, this 'compromise' on our part have proven to be extreme-ly detrimental to the Muslims here.  For, had we not do so then, in good-faith, calling ourselves being 'co-operative' (yet; disobeying the 'Sunnah' of our Beloved Nabi (Prophet)(PBUH) the escalating anti-Muslim campaign and the **dictates being imposed on us**, of which

Statement of Muslims                    [ EXHIBIT # ( 1 ) ]
( page four )

the Muslim Population are very convinced was initiated towards
the Muslims indiscriminately and stereotipically due to the event
of September 11, 2001.

4)   Immediately after this terrible tragedy, the atti-
tudes of many of the Staff here at U.S.P. - Terre Haute, became
immeninent, inspite of their professional obligation to have to
hold back their true feelings.   The Muslims were constantly being
accostered (at first) about their Kufiyas (Kufis).   This matter
was somewhat addressed in conjunction--Chaplain's Office and the
Warden's Office.

5)   The distribution of the Religious Budget.   Prior to
Chaplain Odean's arrival, the Muslims were constantly being inform-
ed of how much money was available.   However, since his arrival,
this (these amounts) has been pretty much kept a secret.

6)   Food in the Chapel.   The Muslims only have two Eids
(Festivals) per year whereof foods would be requested.   Plus; the
breaking of the fast during the month of Ramadan with the tradi-
tional 'dates.'   According to Chaplain Odean, this is not neces-
sary.   However, **food** is provided for the Christians and for the
Jews, several times per month -- during Sabbath and during Commu-
nions.

The fact is, this Chaplain has been more of a 'disservice'
than a 'service' to the Muslim Population.   His decisions are bias
towards the Muslims and such bias affects his discretion.   For ex-
ample, to say that a 'tenet' of one's Faith (such as Praying in
Congregation) is not significant or not necessary is not becoming
of a Truely Religious man of no religion whatsoever.   For, Fellow-
ship and congregational prayer are essentials of all Religious
Faiths.   Thus, how could Chaplain Odean so easily conclude that
such congregation for the Muslims is unimportant or unessential?
Would he say the same about the congregating and the fellowship
of the Christian or the Jews, or any of the other Religious enti-
ties?   Would he likewise prohibit any of the others from fellow-
ship and from partaking in congregational prayers?

All the irrelevant factors must be cast aside, and the
relevant factors, such as the fact that the Muslims Congregation
Salat (Prayer) all over the world, all over the United States,
throughout the Federal Bureau of Prisons and for the longest time
here at U.S.P.-Terre Haute, Indiana have been conducted uncurtail-
ed, without molestation.   However, what is it, that so important
to out weigh this most 'significant' and most 'essential' tenet
of the Muslim Faith, that Chaplain Odean now propose to do away
with it?   The proof is in the pudding here.   Chaplain Odean here,
have clearly abused his discretion.   His decision is clearly bias,
arbitrary and capricious, and it does not reflect the Policy of
the FEderal Bureau of Prisons towards the Muslim population.

Thus, the Muslim Population here at U.S.P.-Terre Haute
await your response to this matter of vital importance.   We pray
and hope that you will address this matter and remedy it.   Thank
you!

[ EXHIBIT # ( **A** )] ≠ |

# WHAT ARE THE 'FIVE PILLARS' OF ISLAM?

They are the framework of the Muslim life: faith, prayer, concern for the needy, self-purification, and the pilgrimage to Mecca for those who are able.

## 1. FAITH

There is no god worthy of worship except God and Muhammad is His messenger. This declaration of faith is called the Shahada, a simple formula which all the faithful pronounce. In Arabic, the first part is la ilaha illa'Llah - 'there is no god except God'; ilaha (god) can refer to anything which we may be tempted to put in place of God -- wealth, power, and the like. Then comes illa'Llah:' except God, the source of all Creation. The second part of the Shahada is Muhammadun rasulu'Llah: 'Muhammad is the messenger of God'. A message of guidance has come through a man like ourselves.

## 2. PRAYER

Salah is the name for the obligatory prayers which are performed five times a day, and are a direct link between the worshiper and God. The prayers are led by a learned person who knows the Qur'an, chosen from the congregation. The five prayers contain verses from the Qur'an, and are said in Arabic, the language of the Revelation, but personal supplication can be offered in one's own language.

Prayers are said at dawn, noon, mid-afternoon, sunset and nightfall, and thus determine the rhythm of the entire day. Although it is basic to worship in congregatioon in a mosque, a Muslim may pray almost anywhere, if necessary, such as in fields, offices, factories and universities.

A translation of the Call to Prayer is:

God is most great. God is most great.
God is most great. God is most great.
I testify that there is no god except God.
I testify that there is no god except God.
I testify that Muhammad is the messenger of God.
I testify that Muhammad is the messenger of God.
Come to prayer! Come to prayer!
Come to success (in this life and the Hereafter)! Come to success!
God is most great. God is most great.
There is no god except God.

## 3. THE 'ZAKAT'

Case 1:04-cv-06247-LJM-WTL Document 1-1 Filed 09/28/04 Page 10 of 26 PageID #: 43

[ EXHIBIT # (A) ] #2          #1

(IYMAAN = FAITH)

# CHAPTER I

## THE REWARDS OF SALAAT

### Hadith.—1

عَنِ ابْنِ عُمَرَ رَضِيَ اللهُ عَنْهُمَا قَالَ سَمِعْتُ رَسُولَ اللهِ صَلَّى اللهُ عَلَيْهِ وَسَلَّمَ يَقُولُ بُنِيَ الْإِسْلَامُ عَلَى خَمْسٍ شَهَادَةِ أَنْ لَا إِلٰهَ إِلَّا اللهُ وَأَنَّ مُحَمَّدًا رَسُولُ اللهِ وَإِقَامِ الصَّلَاةِ وَإِيتَاءِ الزَّكَاةِ وَالْحَجِّ وَصَوْمِ رَمَضَانَ

Abdullah-bin-Umar (Radhi Allaho anho) narrates that he heard the Prophet (Sallallaho alaihe wasallam) saying:

"Islam is founded on five pillars : bearing witness that there is no god but Allah, and Muhammad (Sallallaho alaihe wasallam) is His servant and apostle ; establishment of Salat; paying of Zakat; performance of Hajj; and fasting in Ramadhan."

The Prophet (Sallallaho alaihe wasallam) has compared Islam to a canopy resting on five supports. The Kalimah is the central support and the other four pillars of Islam are, so to say, the remaining four supports, one at each corner of the canopy. Without the central support the canopy cannot possibly stand, and if any one of the corner supports is missing a collapse will result in the defective corner. Now, let us judge for ourselves how far we have kept up the canopy of Islam. Is there really any pillar that is being held in its proper place? ...

The five pillars of Islam mentioned in this Hadith signify the most essential duties of a Muslim. Although a Muslim cannot do without any one of them, yet Salaat in Islam occupies a position next only to Iman. Abdullah bin Masood (Radhallaho anho) says:

# PART I

## IMPORTANCE OF SALAAT

There are two Chapters in this part. The first one is on 'Importance of Salat; and the second of 'Warning and Reproach' for those who neglect or discard Salaat.

256

curse be on the Jews for they built the places of worship at the graves of their Prophets."

(56) CHAPTER. The saying of the Prophet ﷺ , "The earth has been made for me a place for praying and a thing to perform Tayammum."

429. Narrated Jābir bin 'Abdullāh ﷺ : Allāh's Apostle ﷺ said, "I have been given five things which were not given to any amongst the Prophets before me. These are:

1. Allāh made me victorious by awe (by His frightening my enemies) for a distance of one month's journey.

2. The earth has been made for me (and for my followers) a place for praying and a thing to perform Tayammum. Therefore my followers can pray wherever the time of a prayer is due.

3. The booty has been made Ḥalāl (lawful) for me (and was not made so for anyone else).

4. Every Prophet used to be sent to his nation exclusively but I have been sent to all mankind.

5. I have been given the right of intercession (on the Day of Resurrection)."

---

ﷺ : There
nging to an
itted her but
he slave girl
irls (of that
red leather
s stones. It
somewhere.
saw it lying
iece of meat,
ple searched
it. So they
and started
earched my
further said,
ling (in that
e same kite
the red scarf
d them, 'This
f and I was
'Aisha added:
s Apostle ﷺ
d a tent or a
oof in the
l on me, she
ever she sat
e following:
was one of
. verily He
evers' town.
her, 'What is
ever you sit
hese poetic
e the whole

thigh just as I have struck your thigh, and he (the Holy Prophet) said: Observe prayer at its prescribed time, and if you can say prayer along with them, do so, and do not say: "I have observed prayer and so I shall not pray." 468

(1358) Abū Dharr reported: (The Messenger of Allah) said: How would you, or how would thou, act if you survive to live among people who defer prayer beyond the (prescribed) time? (The narrator said: The Messenger know best), whereupon he said: Observe prayer at its prescribed time, but if the Iqāma is pronounced for (congregational) prayer, then observe prayer along with them, for herein is an excess of virtue.

(1359) Abu'l-'Āliyat al-Barā' reported: I said to 'Abdullah b. Sāmit: We say our Jum'a prayer behind those rulers who defer the prayer. He ('Abdullah b. Sāmit) struck my thigh that I felt pain and said: I asked Abū Dharr about it, he struck my thigh and said: I asked the Messenger of Allah (may peace be upon him) about it. Upon this he said: Observe prayer at its prescribed time, and treat prayer along with them (along with those Imāms who defer prayer) as Nafl. 'Abdullah said: It was narrated to me that the Messenger of Allah (may peace be upon him) struck the thigh of Abū Dharr.

## Chapter CCXXXIV

### EXCELLENCE OF PRAYERS IN CONGREGATION AND GRIM WARNING FOR REMAINING AWAY FROM IT 469

(1360) Abū Huraira reported Allah's Messenger (may peace be upon him) as saying: Prayer ...id in a congregation is twenty-five degrees more excellent than prayer said by a single person.

(1361) Abū Huraira reported Allah's Apostle (may peace be upon him) as saying: Prayer said in a congregation is twenty-five degrees more excellent than prayer said by a single person. He (Abū Huraira further) said: The angels of the night and the angels of the day meet together. Abū Huraira said: Recite if you like: "Surely the recital of the Qur'ān at dawn is witnessed" (al-Qur'ān, xvii, 78).470

868. Do not show a defiant attitude towards the Imām. When there is time for prayer join the congregation and treat that prayer observed earlier as Nafl and in this way you would not be committing an offence of telling a lie.

869. The aim of religion, as we have said before, is to develop a spirit of piety and God-consciousness in man. Islam heightens this aim by saying that this God-consciousness must be externalised in a social order permeated by religious sanctity and goodness. It is for this reason that prayer in Islam has been divided into two parts, one individual devotion to Allah in which a person as a single entity is trained to develop love for God: it is a Nafl prayer. The second part is collective prayer which trains a person how religious piety is to be transfused into society. The five obligatory prayers are all congregational prayers in which every Muslim, who has no valid reason to remain aloof, has been enjoined to participate. It is in fact social training in God-consciousness which Islam exhorts its followers to develop and which distinguishes this faith from other religions. Moreover, meeting together five times a day in the mosque and showing submission to the Lord bind the Muslims together in tender chords of spiritual affinity. The prayer in congregation is meant to elevate the individual to a higher stage of devotion. Narrow self-seeking wishes are silenced in the pleasantly of congregation. The little and the weak who join the congregational prayer with low and godly thought are carried to the heights of spiritual devotion in the company of more pious and God-fearing persons.

870. The guardian angels bear special testimony to the observer of the morning prayer.

(1362) A hadith like this has been narrated by Abū Huraira with another chain of transmitters with a very slight change of words.471

(1363) Abū Huraira reported Allah's Messenger (may peace be upon him) as saying: Prayer said in a congregation is equivalent to twenty-five (prayers) as compared with the prayer said by a single person.

(1364) Abū Huraira reported: The Messenger of Allah (may peace be upon him) said: Prayer along with the Imām is twenty-five times more excellent than prayer said by a single person.

(1365) Ibn 'Umar reported Allah's Messenger (may peace be upon him) as saying: Prayer said in a congregation is twenty-seven 472 degrees more excellent than prayer said by a single person.

(1366) Ibn 'Umar reported Allah's Apostle (may peace be upon him) as saying: The prayer of a person in congregation is twenty-seven times in excess to the prayer said alone.

(1367) Ibn Numair reported it on the authority of his father (a preference of) more than twenty (degrees) and Abū Bakr in his narration (has narrated it) twenty-seven degrees.

(1368) Ibn 'Umar reported from the Apostle of Allah (may peace be upon him) as twenty and twenty (degrees).

(1369) Abū Huraira reported: The Messenger of Allah (may peace be upon him) found some people absenting from certain prayers and he said : I intend that I order (a) person to lead people in prayer, and then go to the persons who do not join the (congregational prayer) and then order their houses to be burnt by the bundles of fuel. If one amongst them were to know that he would find a fat fleshy bone he would attend the night prayer.473

871. There is no change of meaning but a slight difference in the expression. In the earlier hadith it is بخمس وعشرين and in this hadith it is بضعا وعشرين.

872. There is no contradiction between twenty-five and twenty-seven degrees as recorded in the previous hadith and twenty-seven degrees as recorded in this hadith. It is meant to exhort Muslim to join congregational prayers by impressing upon their minds the importance of Jamā'at and the great reward which is in store for people participating to it. It is not a degree of exact measurement, but a measure of preference for congregational over the private and social alone. According to Hāfiẓ Ibn Hajar Asqalānī, twenty-seven degrees of excellence refer to Jahri prayers (morning, evening, and night) and twenty-five degrees of excellence refer to Sirri prayers (noon and afternoon) (Fatḥ al-Bārī, Vol. II, p. 274).

873. This is one among those aḥādīth in which the importance of congregation in prayer has been fully stressed. Some jurists (Imām Aḥmad b. Ḥanbal is one of them) on the basis of this hadith assert that praying in congregation is as obligatory as prayer itself. But this is not correct deduction. According to Shāh Walīullah, the Messenger of Allah only made an intention of burning the houses of those who miss congregation without any valid reason or justification, but he never did it. That shows that he wanted to stress its importance. Moreover, in those days only hypocrites remained aloof from the congregation. The Holy Prophet wanted to show that those people join Islam and participate in religious practices in order to gain worldly ends. They have no sincere devotion for Allah (as is clear from the words of the Holy Prophet): If one (except them, were to know for Haaj Ibn Hajar also subscribes to the same view that this hadith. 'Alī Qārī has, on the authority of this hadith, refuted the claim of those who treat congregational prayer as Fard-i-Kifāya (meaning that collective prayer at which, if the few perform, absolves all others of its responsibility). This collective prayer is neither obligatory, nor optional, but Wājib (positive act) or Sunnat-i-Muwakkad.

[ EXHIBIT # ( B ) ] #1    #1

---

## Sūrah 1. Al-Fātihah    Part 1    2    1

of those who went astray.[1][l][2]

Jews[2]. And  2. السلام, *Wa la d–dāllīn* (nor of those who went astray)," he صلى الله عليه وسلم replied: "The Christians, and they are the ones who went astray."

[1] This *Hadīth* is quoted by At-Tirmidhi and Abu Dāwūd].

[1] (V. 1:7) Narration about Zaid bin 'Amr bin Nufail.

Narrated 'Abdullah bin 'Umar رضى الله عنهما: The Prophet صلى الله عليه وسلم met Zaid bin 'Amr bin Nufail in the bottom of (the valley of) Baldah before the descent of any Divine revelation to the Prophet صلى الله عليه وسلم. A meal was presented to the Prophet صلى الله عليه وسلم but he refused to eat from it. (Then it was presented to Zaid) who said, "I do not eat anything that you slaughter on your *Nuṣub*[*] in the name of your idols etc. I eat only those (animals) on which Allah's Name has been mentioned at the time of (their) slaughtering. Zaid bin 'Amr used to criticise the way Quraish used to slaughter their animals, and used to say, "Allah has created the sheep and He has sent the water for it from the sky, and He has grown the grass for it from the earth; yet you slaughter it in others than the Name of Allah." He used to say so, for he rejected that practice and considered it as something abominable.

* *Nuṣub*: See the glossary.

Narrated Ibn 'Umar رضى الله عنهما: Zaid bin 'Amr bin Nufail went to Shām (the region comprising Syria, Lebanon, Palestine and Jordan), enquiring about a true religion to follow.

He met a Jewish religious scholar and asked him about their religion. He said, "I intend to embrace your religion, so tell me something about it." The Jew said, "You will not embrace our religion unless you receive your share of Allah's Anger." Zaid said, "I do not run except from Allah's Anger, and I will never bear a bit of it if I have the power to avoid it. Can you tell me of some other religion?" He said, "I do not know any other religion except *Ḥanīf* (Islamic Monotheism)." Zaid enquired, "What is *Ḥanīf*?" He replied, "*Ḥanīf* is the religion of (the Prophet) Abraham who was neither a Jew nor a Christian, and he used to worship none but Allah (Alone)." — Islamic Monotheism. Then Zaid went out and met a Christian religious scholar and told him the same (as before). The Christian said, "You will not embrace our religion unless you get a share of Allah's Curse." Zaid replied, "I do not run except from Allah's Curse, and I will never bear any of Allah's Curse and Allah's Anger if I have the power to avoid them, and I will not. So will you tell me of some other religion?" He replied, "I do not know any other religion except *Ḥanīf* (Islamic Monotheism)." Zaid enquired, "What is *Ḥanīf*?" He replied, "*Ḥanīf* is the religion of (the Prophet) Abraham عليه السلام who was neither a Jew nor a Christian, (and he used to worship none but Allah (Alone) — Islamic Monotheism." When Zaid heard their statement about (the religion of) Abraham, he left that place, and when he came out, he raised both his hands and said, "O Allah! I make You my Witness that I am on the religion of Abraham."

[2] Narrated Asma' bint Abi Bakr رضى الله عنهما: I saw Zaid bin 'Amr bin Nufail standing with his back against the *Ka'bah* and saying, "O people of Quraish! By Allah, none amongst you is on the religion of Abraham except me." She added: He (Zaid) used to preserve the lives of little girls: If somebody wanted to kill his daughter he would say to him, "Do not kill her for I will feed her on your behalf." So he would take her, and when she grew up nicely, he would say to her father, "Now if you will (wish), I will give her to you, and (if you will (wish), I will feed her on your behalf." (*Sahih Al-Bukhari*, Vol 5. *Hadīth* No 169).

[2] (V. 1:7): Narrated 'Ubādah bin As-Sāmit رضى الله عنه: Allah's Messenger صلى الله عليه وسلم said, "Whoever does not recite Sūrat Al-Fātihah in his prayer, his prayer is invalid." (*Sahih Al-Bukhari*, Vol.1, *Hadīth* No.723).

[3] (V. 1:7): Narrated Abu Huraira رضى الله عنه: Allah's Messenger صلى الله عليه وسلم said, "When the *Imām* says: *Ghairi-maghdūbi 'alaihim walad-dāllīn* [i.e. not the way of those who earned Your Anger, nor the way of those who went astray (1:7)], then you must say, *Āmīn*, for if one's utterance of *Āmīn* coincides with that of the angels, then his past sins will be forgiven." (*Sahih Al-Bukhari* Vol.6, *Hadīth* No.2)

---

## Sūrah 2. Al-Baqarah    Part 1    3    1

In the Name of Allāh,
the Most Gracious, the Most Merciful

1. *Alif-Lām-Mīm.* [These letters are one of the miracles of the Qur'ān and none but Allāh (Alone) knows their meanings.]

2. This is the Book (the Qur'ān), whereof there is no doubt, a guidance to those who are *Al-Muttaqūn* [the pious believers of Islamic Monotheism who fear Allāh much (abstain from all kinds of sins and evil deeds which He has forbidden) and love Allāh much (perform all kinds of good deeds which He has ordained)].

3. Who believe in the *Ghaib*[1] and perform *As-Salāt* (*Iqāmat-as-Salāt*)[2] and spend out of what We have provided for them [i.e. give *Zakāt*[3], spend on themselves, their parents, their children, their wives etc., and also give charity to the poor and also in Allāh's Cause — Jihād].

[1] (V. 2:3): *Al-Ghaib*: literally means a thing not seen. But this word includes vast meanings: Belief in Allāh, Angels, Holy Books, Messengers, Day of Resurrection and *Al-Qadar* (Divine Pre-ordainments). It also includes what Allāh and His Messenger صلى الله عليه وسلم informed about the knowledge of the matters of past, present, and future e.g., news about the creation of the heavens and earth, botanical and zoological life, the news about the nations of the past, and about Paradise and Hell.

[2] (V. 2:3): *Iqāmat-as-Salāt* إقامة الصلاة : The performance of *Salāt* (prayers). It means that:

a) Each and every Muslim, male or female, is obliged to offer his *Salāt* (prayers) regularly five times a day at the specified times. The *male* in a mosque in congregation and the females at home. As the Prophet صلى الله عليه وسلم has said: "Order your children for *Salāt* (prayers) at the age of seven, and beat them (about it) at the age of ten." The chief (of a family, town, tribe, etc.) and the Muslim rulers of a country are held responsible before Allāh in case of non-fulfillment of this obligation by the Muslims under their authority.

b) One must offer the *Salāt* (prayers) as the Prophet صلى الله عليه وسلم used to offer them with all their rules and regulations, i.e., standing, bowing, prostrating, sitting, as he صلى الله عليه وسلم has said: "Offer your *Salāt* (prayers) the way you see me offering them (see *Sahih Al-Bukhari*, Vol.1, Hadīth No. 604 and Vol. 9, No. 352). [For the characteristics of the *Salāt* (prayers) of the Prophet صلى الله عليه وسلم see *Sahih Al-Bukhari*, Vol.1, Hadīth No.702, 703, 704, 723, 786, 787].

[3] (V. 2:3): *Zakāt*: A certain fixed proportion of the wealth and of each and every kind of the property liable to *Zakāt* of a Muslim to be paid yearly for the benefit of the poor in the Muslim community. The payment of *Zakāt* is obligatory as it is one of the five pillars of Islam. *Zakāt* is the major economic means for establishing social justice and leading the Muslim society to prosperity and security. [See *Sahih Al-Bukhari*, Vol. 2, Book of *Zakāt*, No. 24]

## Sūrah 22. Al-Hajj — Part 17 — 448

And (O Muhammad ﷺ) give glad tidings to the *Mukhbitīn* (those who obey Allāh with humility and are humble from among the true believers of Islamic Monotheism),

35. Whose hearts are filled with fear when Allāh is mentioned and *As-Sābirūn* [who patiently bear whatever may befall them (of calamities)]; and who perform *As-Salāt* (*Iqāmat-as-Salāt*), and who spend (in Allāh's Cause) out of what We have provided them.

36. And the *Budn* (cows, oxen, or camels driven to be offered as sacrifices by the pilgrims at the sanctuary of Makkah) We have made them for you as among the Symbols of Allāh, wherein you have much good. So mention the Name of Allāh over them when they are drawn up in lines (for sacrifice). Then, when they are down on their sides (after slaughter), eat thereof, and feed the poor who does not ask (men), and the beggar who asks (men). Thus have We made them subject to you that you may be grateful.

37. It is neither their meat nor their blood that reaches Allāh, but it is piety from you that reaches Him. Thus have We made them subject to you that you may magnify Allāh for His Guidance to you. And give glad tidings (O Muhammad ﷺ) to the *Muhsinūn*[1] (doers of good).

38. Truly, Allāh defends those who believe. Verily, Allāh likes not any treacherous ingrate to Allāh [those who disobey Allāh but obey *Shaitān* (Satan)].

39. Permission to fight (against disbelievers) is given to those (believers) who are fought against, because they have been wronged; and surely, Allāh is Able to give them (believers) victory —

[1] (V.22:37) *Al-Muhsinūn*: The good-doers who perform good deeds totally for Allāh's sake only without any show-off, or to gain praise or fame, etc., and do them in accordance with the *Sunnah* (legal ways) of Allāh's Messenger Muhammad ﷺ.

## Sūrah 22. Al-Hajj — Part 17 — 449

40. Those who have been expelled from their homes unjustly only because they said: "Our Lord is Allāh." For had it not been that Allāh checks one set of people by means of another, monasteries, churches, synagogues, and mosques, wherein the Name of Allāh is mentioned much would surely have been pulled down. Verily, Allāh will help those who help His (Cause). Truly, Allāh is All-Strong, All-Mighty.

41. Those (Muslim rulers) who, if We give them power in the land, (they) enjoin *Iqāmat-as-Salāt* [i.e. to perform the five compulsory congregational *Salāt* (prayers) (the males in mosques)], to pay the *Zakāt* and they enjoin *Al-Ma'rūf* (i.e. Islamic Monotheism and all that Islam orders one to do), and forbid *Al-Munkar* (i.e. disbelief, polytheism and all that Islam has forbidden) [i.e. they make the Qur'ān as the law of their country in all the spheres of life]. And with Allāh rests the end of (all) matters (of creatures).

42. And if they belie you (O Muhammad ﷺ), so did belie before them, the

(V.22:41)
A) *Iqāmat-as-Salāt*: Performing of *Salāt* (prayers). It means that:
a) Every Muslim, male or female, is obliged to offer his *Salāt* (prayers) regularly five times a day at the specified times. The male in the mosque in congregation and the female at home. As the Prophet ﷺ ... : order your children to perform *Salāt* (prayer) at the age of seven and beat them (about it) at the age of ten. The chief (of a family, town, tribe, etc.) and the Muslim rulers of a country are held responsible before Allāh in case of non-fulfilment of this obligation by the Muslims under their authority.
b) One must offer the *Salāt* (prayers) as the Prophet ﷺ used to offer them with all their rules and regulations, i.e. standing, bowing, prostrating, sitting, etc. As he ﷺ has said: "Offer your *Salāt* (prayers) the way you see me offering them (Hadith No. 352, Vol. 9, Sahih Al-Bukhari)." [For the characteristics of the *Salāt* (prayer) of the Prophet ﷺ, see Sahih Al-Bukhari, Vol. 1, Hadith Nos. 702, 703, 704, 723, 786 and 787].
B) Narrated Abu Huraira ... : The Prophet ﷺ said: "No *Salāt* (prayer) is heavier (harder) for the hypocrites than the *Fajr* and the *'Ishā* prayers, but if they knew the reward for these *Salāt* (prayers) at their respective times, they would certainly present themselves (in the mosques) even if they had to crawl." The Prophet ﷺ added, "Certainly I intended (or was about) to order the *Mu'adhdhin* (call-maker) to pronounce *Iqāmah* and order a man ... to lead the *Salāt* (prayer) and take a fire flame to burn all those (men along with their houses) who had not yet left their houses for the *Salāt* (prayer) (in the mosques)." (Sahih Al-Bukhari, Vol. 1, Hadith No. 626)

[ EXHIBIT # ( C ) ] #1

## Sürah 96: Al 'Alaq

1673

5. Taught man that
Which he knew not.[6807]

6. Nay, but man doth
Transgress all bounds,[6808]

7. In that he looketh
Upon himself as self-sufficient.

8. Verily, to thy Lord
Is the return (of all).[6809]

9. Seest thou one
Who forbids—[6810]

10. A votary when he
(Turns) to pray?

11. Seest thou if he[6811]
He is on (the road—
Of) Guidance?—

12. Or enjoins Righteousness?

13. Seest thou if he[6811]
Denies (Truth) and turns away?

6807. Allah teaches us new knowledge at every given moment. Individuals learn more and more day by day; nations and humanity at large learn fresh knowledge at every stage. This is even more noticeable and important in the spiritual world.

6808. All our knowledge and capacities come as gifts from Allah. But man, in his inordinate vanity and insolence, mistakes Allah's gifts for his own achievements. The gifts may be wealth, or position, or power, or the more subtle gifts of knowledge or talents in individuals—or Science, or Art, or Government, or Organisation for mankind in general.

—6809. Man is not self-sufficient, either as an individual, or in his collective capacity. If the arrogant man mistakes Allah's gifts to himself, he is reminded—Backwards, of his lowly physical origin (from 1 drop of animal matter), and forwards, of his responsibility, and final return to Allah.

6810. The words, may be applied generally to perverse humanity, which seeks not only to rebel against Allah's Law, but also to prevent others from following it. There may however be a reference here to Abu Jahl, the inveterate enemy of Islam, who used to insult and persecute the Holy Prophet and those who followed him, teaching the Message and the humblest followers to prevent the Prophet from going to the Ka'ba for devotions, and forbid any man to come under his influence.

6811. Man's insolence bids us to consider the various possibilities: (1) false knowledge, based on false values, leads people to oppose Truth or Guidance; (2) what if (as a matter of fact) this Guidance is from Allah; (3) and what if this man who tries to prevent a devout worshipper from his devotions is himself following the path of error? When men take upon themselves to judge...

---

## Sürah 96.

1672

Al 'Alaq (The Clinging Clot) or
Iqra' (Read!)

*In the name of Allah, Most Gracious,
Most Merciful.*

1. Proclaim! (or Read!)[6803]
In the name[6804]
Of thy Lord and Cherisher,
Who created—

2. Created man, out of
A (mere) clot
Of congealed blood:[6804]

3. Proclaim! And thy Lord
Is Most Bountiful—

4. He Who taught
(The use of) the Pen—[6806]

6803. *Iqra* may mean "read", or "recite or rehearse", or "proclaim aloud": the object understood being Allah's Message. For an account of the circumstances in which this first revelation came to the Holy Prophet, see the Introduction to this Sūra. Notice how the whole passage shows excitement of anticipation and suspense, the passion of spiritual yearning in which the Holy Prophet turned to Allah in his worldly loneliness and emptiness to seek the spiritual fulness of Allah's grace.

6804. The declaration or proclamation was to be in the name of Allah the Creator. It was not for any personal benefit to the Prophet: to him there was no come bitter persecution, sorrow, and suffering. It was the call of Allah for the benefit of erring humanity. When man had come to the highest spiritual dignity, it is to proclaim and teach the source of the Message and the one addressed. The Message was not merely an abstract proposition of philosophy, but the direct concrete message of a personal Allah to the creatures whom He loves and cherishes. Thy addressed to the Prophet is appropriate in two ways: (1) he was in direct contact with the divine Messenger (Gabriel) and Him Who sent the Messenger; (2) he represented the whole of humanity, in a fuller sense than that in which Christ Jesus is the "Son of Man".

6805. *Cf.* 23:14. The lowly origin of the animal in man is contrasted with the high destiny offered to him in his intellectual, moral, and spiritual nature by his "most bountiful" Creator. No knowledge is withheld from man. On the contrary, through the faculties freely given to him, he acquires it in such measure as outstrips his immediate understanding, and leads him ever to strive for newer and newer meaning.

6806. The symbol of a permanent revelation is the mystic Pen and the mystic Record. See 68:1 and 85:21-22.

The Arabic words for "read" and "knowledge" are from the same root. It is impossible to produce in a Translation the complete orchestral harmony of the words for "read", "pen" (which implies reading or writing; books, study, research), "knowledge" (including science, self-knowledge, spiritual understanding), and "proclaim", an alternative meaning of the word for "to read". This proclaiming or reading implies not only the duty of blazoning forth Allah's message, as going with the prophetic office, but also the duty of promulgation and wide dissemination of the Truth by all who read and understand it. The comprehensive meaning of *qara'a* refers not only to a particular person and occasion but also gives a universal direction. And this kind of comprehensive meaning, as we have seen, runs throughout the Qur'ān—for those who will understand.

[ EXHIBIT # ]

## Surah 2: Al Baqarah — 86

Cried: "When (will come)
The help of Allah"
Ah! Verily, the help of Allah
Is (always) near!

215. They ask thee
What they should spend
(In charity). Say: Whatever
Ye spend that is good,***
Is for parents and kindred
And orphans
And those in want
And for wayfarers.
And whatever ye do
That is good —Allah
Knoweth it well.

SECTION 27.

216. Fighting is prescribed
Upon you, and ye dislike it.***
But it is possible
That ye dislike a thing
Which is good for you,
And that ye love a thing
Which is bad for you.
But Allah knoweth,
And ye know not.

217. They ask thee
Concerning fighting
In the Prohibited Month.***
Say: "Fighting therein
Is a grave (offence)."

235. Three questions arise in charity: (1) What shall we give? (2) to whom shall we give? and (3) how shall we give? The answer is here. Give anything that is good, useful, helpful, valuable. It may be property or money; it may be a helping hand; it may be advice; it may be a kind word; "whatever ye do that is good" is charity. On the other hand, if you throw away what is useless, there is no charity in it. Or if you give something with a harmful intent, e.g., a dagger to a madman, or a drug or sweets or even money to someone whom you want to tempt or corrupt, it is no charity but a gift of damnation. To whom should you give? It may be tempting to earn the world's praise by a gift that will be talked about, but are you meeting the test of sincerity? The best gift is one judged by its unselfish character: the degree of need of the recipient, and the love with which you give. If you are judged by its unselfish character behind it. How should it be given? As in the sight of Allah; this shuts out all pretence, show, and insincerity.

236. To fight in the cause of Truth is one of the highest forms of charity. What can you offer that is more precious than your own life? But here again the limitations come in. If you are a mere brawler, or a selfish aggressive person, or a vainglorious bully, you deserve the highest censure. Allah knows the value of things better than you do. (R).

237. Prohibited Month. See 2:194, n. 209.

## Surah 2: Al Baqarah — 87

But graver is it
In the sight of Allah
To prevent access
To the path of Allah,
To deny Him,
To prevent access
To the Sacred Mosque,
And drive out its members.***
Tumult and oppression***
Are worse than slaughter.
Nor will they cease
Fighting you until
They turn you back
From your faith
If they can.
And if any of you
Turn back from their faith
And die in unbelief,
Their works will bear no fruit
In this life
And in the Hereafter;
They will be
Companions of the Fire
And will abide therein.

218. Those who believed
And those who suffered exile
And fought (and strove and struggled)
In the path of Allah,—
They have the hope
Of the Mercy of Allah:
And Allah is Oft-Forgiving,
Most Merciful.

219. They ask thee

238. The intolerance and persecution of the Pagan clique at Makkah caused untold hardships to the Holy Messenger of Islam and his early disciples. They bore all with meekness and long-suffering patience until the Holy One permitted them to take up arms in self defence. Then they were reviled with both of the options in the two about Prohibited Months, though they were driven to fight during that period against their own feeling of self defence. But their enemies not only forced them to engage in actual warfare, but interfered with their conscience, persecuted them and their families, openly insulted and denied Allah, kept out the Muslims from the Sacred Mosque, and exiled them. Such violence and insult are deservedly called worse than slaughter.

239. Cf. 2:191, 193, where a similar phrase occurs. Fitnah = trial, temptation, as in 2:102; or tumult, sedition, oppression, as here; M.M.A., H.G.S., and M.P. translate "persecution" in this passage, seeing that persecution is the root of the evils of which the loss of life is but one, though a great, feature.

[ EXHIBIT # ( D ) ]

*Muslim*
*#1*
*LAST PRAYER*
*Latest*

# N O V E M B E R

| Date | Day | Fajr Dawn | Shurooq Sunrise | Zhuhr Noon | Asr Afternoon | Maghrib Sunset | Eshaa Evening |
|------|-----|-----------|-----------------|------------|---------------|----------------|---------------|
| 1 | Fri | 6:02 | 7:18 | 12:33 | 3:25 | 5:48 | 7:03 |
| 2 | Sat | 6:03 | 7:19 | 12:33 | 3:24 | 5:47 | 7:02 |
| 3 | Sun | 6:04 | 7:20 | 12:33 | 3:23 | 5:46 | 7:01 |
| 4 | Mon | 6:05 | 7:21 | 12:33 | 3:22 | 5:45 | 7:00 |
| 5 | Tue | 6:06 | 7:22 | 12:33 | 3:21 | 5:44 | 6:59 |
| 6 | Wed | 6:07 | 7:23 | 12:33 | 3:20 | 5:43 | 6:59 |
| 7 | Thu | 6:08 | 7:24 | 12:33 | 3:19 | 5:42 | 6:58 |
| 8 | Fri | 6:09 | 7:26 | 12:33 | 3:19 | 5:41 | 6:57 |
| 9 | Sat | 6:10 | 7:27 | 12:33 | 3:18 | 5:40 | 6:56 |
| 10 | Sun | 6:11 | 7:28 | 12:34 | 3:17 | 5:39 | 6:55 |
| 11 | Mon | 6:12 | 7:29 | 12:34 | 3:16 | 5:38 | 6:54 |
| 12 | Tue | 6:13 | 7:30 | 12:34 | 3:16 | 5:37 | 6:54 |
| 13 | Wed | 6:14 | 7:31 | 12:34 | 3:15 | 5:36 | 6:53 |
| 14 | Thu | 6:15 | 7:32 | 12:34 | 3:14 | 5:35 | 6:52 |
| 15 | Fri | 6:16 | 7:34 | 12:34 | 3:14 | 5:34 | 6:52 |
| 16 | Sat | 6:17 | 7:35 | 12:34 | 3:13 | 5:34 | 6:51 |
| 17 | Sun | 6:18 | 7:36 | 12:35 | 3:13 | 5:33 | 6:50 |
| 18 | Mon | 6:19 | 7:37 | 12:35 | 3:12 | 5:32 | 6:50 |
| 19 | Tue | 6:20 | 7:38 | 12:35 | 3:12 | 5:32 | 6:49 |
| 20 | Wed | 6:21 | 7:39 | 12:35 | 3:11 | 5:31 | 6:49 |
| 21 | Thu | 6:22 | 7:40 | 12:35 | 3:11 | 5:30 | 6:48 |
| 22 | Fri | 6:23 | 7:41 | 12:36 | 3:10 | 5:30 | 6:48 |
| 23 | Sat | 6:24 | 7:42 | 12:36 | 3:10 | 5:29 | 6:48 |
| 24 | Sun | 6:25 | 7:43 | 12:36 | 3:09 | 5:29 | 6:47 |
| 25 | Mon | 6:26 | 7:45 | 12:37 | 3:09 | 5:28 | 6:47 |
| 26 | Tue | 6:27 | 7:46 | 12:37 | 3:09 | 5:28 | 6:47 |
| 27 | Wed | 6:28 | 7:47 | 12:37 | 3:09 | 5:28 | 6:46 |
| 28 | Thu | 6:29 | 7:48 | 12:38 | 3:08 | 5:27 | 6:46 |
| 29 | Fri | 6:30 | 7:49 | 12:38 | 3:08 | 5:27 | 6:46 |
| 30 | Sat | 6:30 | 7:50 | 12:38 | 3:08 | 5:27 | 6:46 |

"CHAPEL CLOSE
AT 8:00 p.m. According To
NEW Schedule "

[ EXHIBIT # ( D ) ]

# DECEMBER

| Date | Day | Fajr Dawn | Shurooq Sunrise | Zhuhr Noon | Asr Afternoon | Maghrib Sunset | Eshãa Evening |
|------|-----|-----------|-----------------|------------|---------------|----------------|---------------|
| 1 | Sun | 6:31 | 7:51 | 12:39 | 3:08 | 5:26 | 6:46 |
| 2 | Mon | 6:32 | 7:52 | 12:39 | 3:08 | 5:26 | 6:46 |
| 3 | Tue | 6:33 | 7:53 | 12:39 | 3:08 | 5:26 | 6:46 |
| 4 | Wed | 6:34 | 7:54 | 12:40 | 3:07 | 5:26 | 6:46 |
| 5 | Thu | 6:35 | 7:55 | 12:40 | 3:07 | 5:26 | 6:46 |
| 6 | Fri | 6:36 | 7:55 | 12:41 | 3:07 | 5:26 | 6:46 |
| 7 | Sat | 6:36 | 7:56 | 12:41 | 3:08 | 5:26 | 6:46 |
| 8 | Sun | 6:37 | 7:57 | 12:42 | 3:08 | 5:26 | 6:46 |
| 9 | Mon | 6:38 | 7:58 | 12:42 | 3:08 | 5:26 | 6:46 |
| 10 | Tue | 6:39 | 7:59 | 12:42 | 3:08 | 5:26 | 6:46 |
| 11 | Wed | 6:39 | 8:00 | 12:43 | 3:08 | 5:26 | 6:46 |
| 12 | Thu | 6:40 | 8:00 | 12:43 | 3:08 | 5:26 | 6:46 |
| 13 | Fri | 6:41 | 8:01 | 12:44 | 3:09 | 5:26 | 6:47 |
| 14 | Sat | 6:42 | 8:02 | 12:44 | 3:09 | 5:27 | 6:47 |
| 15 | Sun | 6:42 | 8:03 | 12:45 | 3:09 | 5:27 | 6:47 |
| 16 | Mon | 6:43 | 8:03 | 12:45 | 3:09 | 5:27 | 6:48 |
| 17 | Tue | 6:43 | 8:04 | 12:46 | 3:10 | 5:27 | 6:48 |
| 18 | Wed | 6:44 | 8:05 | 12:46 | 3:10 | 5:28 | 6:48 |
| 19 | Thu | 6:45 | 8:05 | 12:47 | 3:11 | 5:28 | 6:49 |
| 20 | Fri | 6:45 | 8:06 | 12:47 | 3:11 | 5:29 | 6:49 |
| 21 | Sat | 6:46 | 8:06 | 12:48 | 3:12 | 5:29 | 6:50 |
| 22 | Sun | 6:46 | 8:07 | 12:48 | 3:12 | 5:30 | 6:50 |
| 23 | Mon | 6:47 | 8:07 | 12:49 | 3:13 | 5:30 | 6:51 |
| 24 | Tue | 6:47 | 8:08 | 12:49 | 3:13 | 5:31 | 6:51 |
| 25 | Wed | 6:47 | 8:08 | 12:50 | 3:14 | 5:31 | 6:52 |
| 26 | Thu | 6:48 | 8:08 | 12:50 | 3:14 | 5:32 | 6:53 |
| 27 | Fri | 6:48 | 8:09 | 12:51 | 3:15 | 5:33 | 6:53 |
| 28 | Sat | 6:49 | 8:09 | 12:51 | 3:16 | 5:33 | 6:54 |
| 29 | Sun | 6:49 | 8:09 | 12:52 | 3:16 | 5:34 | 6:55 |
| 30 | Mon | 6:49 | 8:10 | 12:52 | 3:17 | 5:35 | 6:55 |
| 31 | Tue | 6:49 | 8:10 | 12:53 | 3:18 | 5:36 | 6:56 |

Terre Haute, Indiana                                    Qibla = 49 12' E (From True North)

CHAPEL CLOSE
8:00 p.m. According To



**U.S. Department of Justice**

Federal Bureau of Prisons

*United States Penitentiary*
*Terre Haute, Indiana*

MEMORANDUM FOR PAULA JARNECKE, A.W. (CUSTODY/PROGRAMS)

FROM:   Dan Odean, Supervisory Chaplain                         [ EXHIBIT # (E)]

SUBJECT:   USP Quarterly Religious Activities Schedule (October, November, December 2002)

**SUNDAY:**

| | | |
|---|---|---|
| 7:00 - 11:00 am | Asatru | Rec Yard |
| 12:00-1:00 | Christian Sunday School | Main Room |
| 12:00-1:00 | Muslim | Upstairs |
| 12:00-1:00 | Spanish Christian | Small Room |
| 1:00-2:00 | Gen. Christian Worship | Main Room |
| 1:00-2:00 | Catholic Study | Small Room |
| 1:00-3:00 | Moorish Science | Upstairs |
| 2:00-3:00 | Catholic Mass | Main Room |
| 2:00-3:00 | Jewish | Small Room |

**MONDAY:**

| | | |
|---|---|---|
| 6:00-8:00 | Pentecostal Worship | Main Room |
| | -Volunteers (See posted schedule) | |
| 6:00-8:00 | Muslim | Upstairs |
| 6:00-7:00 | Rastafarian | Small Room |
| 7:00-8:00 | Spanish Christian | Small Room |

**TUESDAY:**

| | | |
|---|---|---|
| 6:00-8:00 | Bible Study | Main Room |
| | -Volunteers (See posted schedule) | |
| 6:00-8:00 | Nation of Islam | Upstairs |
| 6:00-8:00 | Jehovah Witnesses | Small Room |

**WEDNESDAY:** No scheduled programs

**THURSDAY:**

| | | |
|---|---|---|
| 6:00-8:00 | Gen. Christian Worship | Main Room |
| | -Volunteers (See posted schedule) | |
| 6:00-8:00 | Native American | Upstairs |
| 6:00-8:00 | Asatru | Small Room |

**FRIDAY:**

| | | |
|---|---|---|
| 12:00-3:00 | Muslim | Main Room |
| 12:00-3:00 | Nation of Islam | Upstairs |
| 6:00-8:00 | Moorish Science | Main Room |
| 6:00-8:00 | Jewish | Small Room |
| 6:00-8:00 | Rastafarian | Upstairs |

**SATURDAY:**

| | | |
|---|---|---|
| 8:00-3:00 pm | Native American | Rec Yard |
| 1:00-3:00 | Nation of Islam | Main Room |
| 1:00-2:00 | Muslim | Upstairs |
| 1:00-3:00 | Jehovah Witnesses | Small Room |
| | -Volunteers (See posted schedule) | |
| 2:00-3:00 | Rastafarian | Upstairs |

**DAILY PRAYER:**

| | | |
|---|---|---|
| 11:00-12:00 | Personal Prayer | Chapel/Rec Yard |
| | Weekdays | |

**AUDIO/VIDEO PLAYER WEEKLY SIGN-UP:**

12:00-3:00 pm   Sundays in Chapel Lobby

**CHAPLAIN WORK SCHEDULE**

**Chaplain Odean:**

| | |
|---|---|
| Sunday: | 7:30 - 4:00 |
| Monday: | 11:30 -8:00 |
| Tuesday: | 11:30 - 8:00 |
| Wednesday: | 7:30 - 4:00 |
| Thursday: | 7:30 - 4:00 |
| Friday: | OFF |
| Saturday: | OFF |

**Chaplain Bonham:**

| | |
|---|---|
| Sunday: | 7:30 - 9:30; 12:30 - 7:00 |
| Monday: | OFF |
| Tuesday: | OFF |
| Wednesday: | 12:00 - 8:30 |
| Thursday: | 12:00 - 8:30 |
| Friday: | 7:30 - 4:00 |
| Saturday: | 7:30 - 4:00 |

**Chaplain Roof:**

| | |
|---|---|
| Sunday: | 7:30 - 4:00 |
| Monday: | 7:30 - 4:00 |
| Tuesday: | 7:30 - 4:00 |
| Wednesday: | OFF |
| Thursday: | OFF |
| Friday: | 11:30 - 8:00 |
| Saturday: | 10:00 - 6:30 |

[ EXHIBIT # ( 2 ) ]

BP-S308.052 **ADMINISTRATIVE DETENTION ORDER** CDFRM
MAY 94

**U.S. DEPARTMENT OF JUSTICE**                         **FEDERAL BUREAU OF PRISONS**

---

                                                    USP Terre Haute
                                                    Institution

                                              Date/Time: September 26, 2002 / 5:06pm

TO:    Special Housing Unit Officer

FROM:  ____ M. Campbell _____, (Name/Title) Lieutenant _____

SUBJECT: Placement of Bliss, Peter ____, Reg. No. _03279-000 E_ in Administrative Detention

_____ (a) Is pending a hearing for a violation of Bureau regulations;
  XXXXX   (b) Is pending investigation of a violation of Bureau regulations;
_____ (c) Is pending investigation or trial for a criminal act;
_____ (d) Is to be admitted to Administrative Detention

_____(1) Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature: _____

_____(2)  Since a serious threat exists to individual's safety as perceived by staff,
             although person has not requested admission; referral of the necessary information
             will be forwarded to the UDC/DHO for appropriate hearing.

_____ (e) Is pending transfer or is in holdover status during transfer.
_____ (f) Is pending Medical Trip
_____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into
          Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued
presence in the general population poses a serious threat to life, property, self, staff, other
inmates, or to the security or orderly running of the institution because*

You are being placed in administrative detention pending an investigation for possession of a sharpened
instrument. This type of behavior is  disrupts the orderly running of the facility and will not be
tolerated.

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The
inmate received a copy of this Order on (date/time) ____ September 26, 2002 / 5:06 p.m. _____

Staff Witness Signature/Printed Name ____ Marcotte _____ Date __09/26/02____

*In the case of DHO action, reference to that order is sufficient. In other cases, the officer will
make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy -
Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy -
Central File

(This form may be replicated via WP)                         Replaces BP-308(52) of JAN 88

| BP-S288.052 INCIDENT REPORT CDFRM<br>MAY 1994<br>U.S. DEPARTMENT OF JUSTICE | [ EXHIBIT # ( 3 ) ]<br><br>FEDERAL BUREAU OF PRISONS |
|---|---|

| 1. Name of Institution | U.S.P. Terre Haute | Incident Report Number | |
|---|---|---|---|

**Part I - Incident Report**

| 2. Name of Inmate | 3. Register Number | 4. Date of Incident | 5. Time |
|---|---|---|---|
| Bliss, Peter | 03279-000 | 9-26-02 | 5:10p.m. |

| 6. Place of Incident | 7. Assignment | 8. Unit |
|---|---|---|
| E-Unit, Cell 35 | IND MB-2 | E-Unit |

| 9. Incident | Possession, manufacture, or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical, explosive, or any ammunition | 10. Code | 104 |
|---|---|---|---|

| 11. Description of Incident | Date: | 9-26-02 | Time: | 5:10p.m. | Staff became aware of Incident |
|---|---|---|---|---|---|

On 9-26-02 at approximately 5:10p.m. while conducting a shakedown of cell 35 in E-Unit, I discovered a homemade sharpened instrument in the top bunk under the pillow.  This item was approximately 12 inches in length.  Inmate Bliss #03279-000 is currently assigned to this cell.  The item was confiscated and placed in the evidence locker.

| 12. Signature of Reporting Employee | Date and Time | 13. Name and Title (Printed) |
|---|---|---|
| Smtch | 9/26/02  5:34p.m. | S. Mitchell, S.O.S. |

| 14. Incident Report Delivered To Above Inmate By: | 15. Date Delivered | 16. Time Delivered |
|---|---|---|
| | 9-26-02 | 6:00P |



[ EXHIBIT # ( 4 ) ]       #4

**U.S. Department of Justice**

**Federal Bureau of Prisons**

_____

Lieutenants Office                    **United States Penitentiary**
**Terre Haute, Indiana 47803**


Date:     September 26, 2002

Reply To
Attn Of:  Investigating Staff

Subject:  Incident Reports Referred to S.I.S./F.B.I. for Investigation

   To:    Inmate Concerned

This is to inform you, <u>Bliss, Peter # 03279-000,</u> that this incident report
written for the charge of <u>Possession of a weapon / Sharpened Instrument, Code
104</u>, is being referred to the S.I.S. and/or F.B.I for investigation that may
result in prosecution.   Therefore, institution investigation or your U.D.C.
Hearing is being suspended until this report is released by the S.I.S./F.B.I.

Copy provided to inmate concerned by: Lieutenant M.C. Campbell          .

Part II - Committee Action                    [ EXHIBIT # ( 5 ) ]

**17. Comments Of The Inmate To The Unit Discipline Committee Regarding The Above Incident**

*Not me*                                                       #5

| 18. A. It Is The Finding Of The Committee That You: | B. | XX | The Committee Is referring the Charge(s) to the DHO for further action. |
|---|---|---|---|
| Committed The Following Prohibited Act. | | | |
| Did Not Commit A Prohibited Act | | | |
| | C. | __ | The Committee advised the inmate of the finding and of the right to file an appeal within 15 calendar days. |

**19. Committee Decision is Based On The Following Information.**

*Greater sanction on we*

**20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed the prohibited act)**

*Recommend Expunge of cell mate clear*

| 21. Date And Time  Action | 10-1-02   900 | |
|---|---|---|

The UDC Chairman's name certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.

| *UMah* EJUIA  L Foster | | |
|---|---|---|
| Chairman (Typed Name/Signature)   Member (Typed Name)   Member (Typed Name) | | |



**U.S. Department of Justice**

Federal Bureau of Prisons

# 8

*United States Penitentiary*
*Terre Haute, Indiana*

DATE: October 18, 2002

REPLY TO
ATTN OF: Keith E. Olson
Warden

SUBJECT: Inmate Request

TO: BLISS, Peter
Reg. No. 03279-000

This is in response to your letter dated
October 11, 2002, in which you are appealing the
decision of the Disciplinary Hearing Officer.

You may appeal the decision of the Disciplinary Hearing
Officer via a Regional Administrative Remedy Appeal
(BP-10).

I trust this has addressed your concerns.

**U.S. DEPARTMENT OF JUSTICE**  FEDERAL BUREAU OF PRISONS

[ EXHIBIT # ( 9 ) ]   # 9

| INSTITUTION | USP-TERRE HAUTE | | INCIDENT REPORT NUMBER | | | 1032592 |
|---|---|---|---|---|---|---|
| INMATE NAME | BLISS, Peter | | REG NO | 03279-000 | UNIT | 2 |
| DATE OF INCIDENT | | 09-26-02 | DATE OF INCIDENT REPORT | | | 09-26-02 |
| OFFENSE CODE(S) | | 104 | | | | |
| SUMMARY OF CHARGES | | Possession of a Weapon | | | | |

## I.  NOTICE OF CHARGE(S)

A. Advanced written notice of charge (copy of Incident Report) was given to inmate on

(date)  09-26-02  at (time)  1800  (by staff member)  M. Campbell

B. The DHO Hearing was held on (date)  10-11-02  at (time)  0950

C. The inmate was advised of his/her rights before the DHO by (staff member):

Eric White, Corr. Counselor  on (date)  10-01-02  and a copy

of the advisement of rights form is attached.

## II.  STAFF REPRESENTATIVE

| A. Inmate waived right to staff representative. | Yes: | X | No: | |
|---|---|---|---|---|

B. Inmate requested staff representative and    appeared.

C. Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that:

| D. Staff representative | | was appointed. |
|---|---|---|

## III.  PRESENTATION OF EVIDENCE

| A. Inmate admits | | denies | x the charge(s). |
|---|---|---|---|

B. Summary of inmate statement:

Inmate Bliss stated, "I know nothing about this."

C. Witness(es):

| 1. The inmate requested witness(es). | Yes: | | No: | X |
|---|---|---|---|---|

2. The following persons were called as witnesses at this hearing and appeared. (Include each witnesses' name, title, reg number and statement as appropriate.)

3. The following persons requested were not called for the reason(s) given.

| 4. Unavailable witnesses were requested to submit written | Yes | | No | | N/A | x |
|---|---|---|---|---|---|---|

**DISCIPLINE HEARING OFFICER REPORT**                    **BP-S305.052 MAY 94**
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

[ EXHIBIT # ( 9 ) ]            # 9



---

D. Documentary Evidence: In addition to the Incident Report and Investigation, the DHO considered the following documents:

---

E. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate. The confidential information was documented in a separate report. The confidential information has been (confidential informants have been) determined to be reliable because:

N/A

### IV. FINDINGS OF THE DHO

x | A. The act was committed as charged.

B. The following act was committed:

C. No prohibited act was committed: Expunge according to Inmate Discipline PS.

### V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations, written documents, etc.)

The DHO finds that on September 26, 2002 at approximately 5:10 p.m., in Unit 2E, Cell #35, you committed the prohibited act, Possession of a Weapon, code 104. You did this by having in your possession, a homemade sharpened instrument.

This finding is based on the reporting officer's eyewitness account that on September 26, 2002 at approximately 5:10 p.m., while conducting a search of Cell #35 in Unit 2E, which is occupied by you and inmate Welch, Reg. No. 09314-007, he discovered a homemade sharpened instrument in the top bunk under the pillow. The item was approximately 12 inches in length.

The DHO considered your denial of the charge at the DHO Hearing where you said you didn't know anything about it. The DHO considered this and finds you are responsible for all items of contraband found on your person or in your living quarters.

Based on greater weight of the evidence, the DHO believes that you did have a homemade sharpened instrument in your possession. Therefore, the DHO finds you committed the prohibited act, Possession of a Weapon, code 104.

### VI. SANCTION OR ACTION TAKEN

30 Days D/S
90 Days Loss of Commissary Privileges

### VII. REASON FOR SANCTION OR ACTION TAKEN

Possession of a weapon threatens the safety of staff and inmates and has been shown to lead to acts of violence; threatening the security and